Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick Mula
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Casey Lynn Wells

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>    v.<br><br>Casey Lynn Wells,<br><br>      Defendant. | Case No. 2:24-mj-00397-DJA<br><br>**Unopposed Motion for Modification of Conditions of Probation** |

## I. Introduction

Ms. Wells respectfully requests that the Court modify her conditions of probation to allow her to pay a $500 fine and $10 penalty assessment in lieu of completing 51 hours of community service. Ms. Wells recently has procured full-time employment that will enable her to pay the fine but which would make it difficult for her to complete 51 hours of community service. The government has no objection to this request.

## II. Procedural History

Ms. Wells was charged by criminal complaint with two counts: (1) Operating a Motor Vehicle While Under the Influence of Alcohol (36 C.F.R. § 4.23(a)(1)); and (2) Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher (36 C.F.R. §

4.23(a)(2)). (ECF No. 1.) Pursuant to a plea agreement, she pleaded guilty to Count One. (ECF Nos. 11, 12.) The Court imposed the following sentence:

> One-year term of Unsupervised Probation with special conditions:
>
> 1. 51 hours of community service;
> 2. Attend/ Complete the Lower Court Counseling's DUI Course and Victim Impact Panel;
> 3. Attend/ Complete an Eight (8) hour online alcohol awareness course;
> 4. 6-month Restriction from the Lake Mead National Recreation Area;
> 5. Defendant must not violate any local, state, or federal laws.
>
> Count Two of the Complaint is DISMISSED.
>
> Should Defendant complete conditions 1, 2, 3, 4 and 5 of unsupervised probation within one (1) year, and has not violated any local, state, or federal laws during that time, the parties agree to jointly move to allow the Defendant to withdraw her guilty plea to Count One. Government will move to amend Count One to a charge of Reckless Driving. The parties will jointly request that the original sentence be applied to the Reckless Driving conviction.

(ECF No. 11.)

### III.    Modification Requests

"The court may modify, reduce, or enlarge the conditions of a sentence of probation at any time prior to the expiration or termination of the term of probation, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation and the provisions applicable to the initial setting of the conditions of probation." 18 U.S.C. § 3563(c).

"Before modifying the conditions of probation or supervised release, the court must hold a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." Fed. R. Crim. P. 32.1(c)(1). However, a hearing is not required if the person waives the

hearing, the relief sought is favorable to the person and does not extend the term of probation or of supervised release, and an attorney for the government has received notice of the relief sought, has had a reasonable opportunity to object, and has not done so. Fed. R. Crim. P. 32.1(c)(2).

Ms. Wells respectfully requests that the Court modify the conditions of probation to allow her to pay a $500 fine and $10 penalty assessment in lieu of completing 51 hours of community service. Ms. Wells recently has obtained full time employment that will enable her to pay the fine but which also will make it difficult for her to complete 51 hours of community service.

Ms. Wells agrees to waive her right to a hearing. And given that the requested modification is favorable to her under the circumstances, and the government has no objection, a hearing is not required.

## IV.   Conclusion

Ms. Wells respectfully requests that the Court modify her conditions of probation to allow her to pay a $500 fine and $10 penalty assessment in lieu of completing 51 hours of community service.

Dated March 5, 2025.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Rick Mula*

Rick Mula
Assistant Federal Public Defender

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

        Plaintiff,

   v.

Casey Lynn Wells,

        Defendant.

Case No. 2:24-mj-00397-DJA

**Order**

    Good cause appearing, the Court grants Ms. Wells's motion for modification (ECF No. 13).

    IT IS THEREFORE ORDERED that Ms. Wells is required to pay a $500 fine and $10 penalty assessment and is no longer required to complete 51 hours of community service.

    DATED: 3/6/2025

                                            Daniel J. Albregts
                                            United States Magistrate Judge